UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| THOMAS KLOS and MESSINA GUZMAN, as next friends of a minor, EC,<br><br>        Plaintiffs,<br><br>v.<br><br>COMMUNITY REGIONAL CHARTER SCHOOL, et al.,<br><br>        Defendants. | Docket No. 1:23-cv-00368-NT |

**ORDER AFFIRMING THE RECOMMENDED DECISION
OF THE MAGISTRATE JUDGE**

On November 1, 2023, the United States Magistrate Judge filed with the Court, with copies to the parties, his Recommended Decision on the Plaintiffs' Complaint (ECF No. 1). The time within which to file objections has expired, and no objections have been filed. The Magistrate Judge notified the parties that failure to object would waive their right to *de novo* review and appeal.

It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **ADOPTED**. The Plaintiffs may proceed on their claims against Defendant Community Regional Charter Schools under the Individuals with Disabilities Education Act and the accommodation-based disability discrimination claims under the Americans with Disabilities Act, the Rehabilitation Act, and the

Maine Human Rights Act. All other claims, including all claims against the individually named defendants, are **DISMISSED**.

SO ORDERED.

/s/ Nancy Torresen<br>United States District Judge

Dated this 5th day of December, 2023.