UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| THOMAS KOS, et al.<br>Plaintiffs,<br><br>v.<br><br>TRAVIS WORKS, et al.<br>Defendants, | CIVIL NO. 1:23-cv-00368-NT |

## JUDGMENT OF DISMISSAL

In accordance with the Order Affirming the Recommended Decision of the Magistrate entered on December 5, 2023 by U.S. District Judge Nancy Torresen and the Order on Motion to Dismiss and Motion to Stay entered on December 12, 2024 by U.S. District Judge Nancy Torresen,

JUDGMENT of Dismissal is hereby entered as to defendants Travis Works, Susan Muzzy, Susan Walters, Ashlee Savage, Hannah Wurgaft, Nathaniel Bessey, and Pender Makin;

JUDGMENT of Dismissal Without Prejudice is hereby entered as to defendant Community Regional Charter School.

CHRISTA K. BERRY
CLERK

By:   /s/ Stacey Graf
      Deputy Clerk

Dated: December 12, 2024